UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:21-cr-155-CEM-LRH
                                            21 U.S.C. § 963

JESUS EMANUEL PIMENTEL ENRIQUEZ
TOMAS BORJAS MENDEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about May 28, 2021, and continuing through and including the date of this Indictment, in the Middle District of Florida, and elsewhere, the defendant,

JESUS EMANUEL PIMENTEL ENRIQUEZ
and
TOMAS BORJAS MENDEZ,

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to distribute a controlled substance, which violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing, intending, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, and is therefore punished under 21 U.S.C. § 959.

S-1

All in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii).

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 963, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  If any of the property described above, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or,

   e.  has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p).

A TRUE BILL,



Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: Shawn P. Napier
Assistant United States Attorney

By: Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
December 21

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JESUS EMANUEL PIMENTEL ENRIQUEZ
TOMAS BORJAS MENDEZ

## INDICTMENT

Violation:   21 U.S.C. § 963

A true bill,

_____
Foreperson

Filed in open court this 8th day of December, 2021.

_____
Clerk

Bail $_____

GPO 863 525